**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Nakia Karreim Johnson, Petitioner.

Appellate Case No. 2018-001355

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Kershaw County
Doyet A. Early, III, Circuit Court Judge

---

Memorandum Opinion No. 2020-MO-002
Heard January 14, 2020 – Filed January 22, 2020

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

E. Charles Grose Jr., Grose Law Firm, of Greenwood, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General William M. Blitch Jr., and

Heather Savitz Weiss, of Columbia, for Respondent.

_____

**PER CURIAM:**  We granted Nakia Johnson's petition for a writ of certiorari to review the court of appeals' decision in *State v. Johnson*, Op. No. 2018-UP-109 (S.C. Ct. App. filed Mar. 14, 2018).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**